UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00120-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. URIAH JOHN FOLGER,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, May 1, 2009,** and responses to these motions shall be filed by **Monday, May 11, 2009.**  It is

FURTHER ORDERED that counsel will request a hearing on all pending motions, if necessary, at a later date.  It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, June 15, 2009, at 9:00 a.m. in courtroom A-1002.**

Dated:  April 9, 2009

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge