UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00120-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. URIAH JOHN FOLGER,

 Defendant.

## ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

 Due to a scheduling conflict with a criminal trial, the Change of Plea hearing set for Wednesday, June 24, 2009, at 11:00 am. is **VACATED** and **RESET** to **Friday, September 4, 2009, at 11:00 a.m.**

 Dated:  June 18, 2009