UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00120-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. URIAH JOHN FOLGER,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict of the Court, the Change of Plea Hearing scheduled for Friday, September 18, 2009, at 2:00 p.m. is **VACATED** and **RESET** to **Friday, October 2, 2009 at 3:30 p.m.**

    Dated: September 18, 2009